A0 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

PHILIP MORRIS USA INC.,

              Plaintiff,

        V.

TABOCA AS and
NORDIC AMERICAN SMOKELESS INC.
f/k/a TABOCA USA INC.,

              Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    08-028-SLR

TO: (Name and address of Defendant)
Nordic American Smokeless Inc.
c/o Corporation Service Company (registered agent)
2711 Centerville Road, Suite 400
Wilmington, DE 19808

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action
must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____
CLERK

_____
(signature)

March 19, 2008
_____
DATE

{00203164;v1}

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>March 19, 2008 | |
| NAME OF SERVER *(PRINT)*<br>Robert Smith | TITLE<br>Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): <u>Personally hand delivered the summons and amended complaint to the</u> <u>registered agent at the address listed on the front of this summons.</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the Untied States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: <u>March 19, 2008</u>        _____
        Date                                Signature of Server

Parcels Inc.
230 North Market Street
Wilmington, DE  19801

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

{00203164;v1}