IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILIP MORRIS USA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-028-SLR |
| | ) | |
| TABOCA AS and | ) | |
| NORDIC AMERICAN SMOKELESS INC. | ) | |
| f/k/a TABOCA USA INC., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT NORDIC AMERICAN SMOKELESS INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

COME NOW Plaintiff Philip Morris USA, Inc. ("Philip Morris") and Defendant Nordic American Smokeless Inc. ("Nordic") jointly requesting the Court to issue an Order extending the time for Nordic to respond to Philip Morris' First Amended Complaint ("Complaint") [D.I. 3], based on the following:

WHEREAS, counsel for Nordic has requested additional time to respond to the Complaint;

WHEREAS, Philip Morris' counsel has agreed that Nordic may have until April 15, 2008 to respond to the Complaint;

NOW THEREFORE, the Parties respectfully jointly request the Court enter an Order extending the time for Nordic to respond to the Complaint until April 15, 2008.

| ASHBY & GEDDES, P.A. | McCARTER & ENGLISH, LLP |
|---|---|
| /s/ *Tiffany Geyer Lydon* | /s/ *Andrew S. Dupre* |
| _____ | _____ |
| Steven J. Balick (# 2114) | David A. White (# 2644) |
| sbalick@ashby-geddes.com | dwhite@mccarter.com |
| John G. Day (# 2403) | Andrew S. Dupre (# 4621) |
| jday@ashby-geddes.com | adupre@mccarter.com |
| Tiffany Geyer Lydon (# 3950) | Theodore W. Annos (# 4823) |
| tlydon@ashby-geddes.com | tannos@mccarter.com |
| 500 Delaware Avenue, 8th Floor | Renaissance Centre |
| Wilmington, DE  19899 | 405 N. King Street, 8th Floor |
| (302) 654-1888 | Wilmington, DE  19801 |
|  | (302) 984-6300 |
| Attorneys for Philip Morris USA Inc. | Attorneys for Nordic American Smokeless Inc. |

DATE: April 7, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PHILIP MORRIS USA INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 08-028-SLR |
| | ) | |
| TABOCA AS and | ) | |
| NORDIC AMERICAN SMOKELESS INC. | ) | |
| f/k/a TABOCA USA INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

IT IS HEREBY ORDERED this __ day of _____ 2008, for good cause shown, that Defendant Nordic American Smokeless Inc. shall have until April 15, 2008 to respond to Plaintiff's First Amended Complaint in this action.

_____
United States District Judge

ME1 7265512v.1