IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MORRIS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Case No.: 08-028 SLR |
| v. ) | |
| ) | |
| TABOCA AS and, NORDIC ) | |
| AMERICAN SMOKELESS, INC., f/k/a ) | |
| TABOCA USA, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ) | |

**DEFENDANT NORDIC AMERICAN SMOKELESS, INC.'S
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendant Nordic American Smokeless, Inc. ("Defendant"), to respectfully request dismissal of the above captioned matter or, in the alternative, entry of judgment on behalf of Defendant as a matter of law.

1. Defendant hereby incorporates the Memorandum of Law in Support of this motion filed concurrently herewith.

WHEREFORE, Defendant respectfully requests that the Court dismiss the above captioned matter or, in the alternative, enter judgment on behalf of Defendant as a matter of law.

                                                 McCARTER & ENGLISH, LLP

                                                 /s/ Andrew S. Dupre
                                                 David A. White (DE Bar Id. #2644)
                                                 Andrew S. Dupre (DE Bar Id. #4621)
                                                 Theodore W. Annos (DE Bar ID. #4823)
                                                 Renaissance Centre
                                                 405 North King Street, 8th Floor
                                                 Wilmington, DE 19801
                                                 (302) 984-6300
                                                 *Attorneys for Defendant Nordic American*
                                                   *Smokeless, Inc.*

Dated: April 15, 2008

ME1 7293168v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILIP MORRIS USA, INC., </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>TABOCA AS and, NORDIC AMERICAN SMOKELESS, INC., f/k/a TABOCA USA, INC., </br></br>　　　　Defendant, | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | Civil Action Case No.:  08-028 SLR |

## ORDER GRANTING MOTION TO DISMISS

AND NOW, this ___ day of _____ 2008; upon consideration of Defendant Nordic American Smokeless, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint or, alternatively, Motion for Summary Judgment;

IT IS HEREBY ORDERED that the above-captioned case is dismissed.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

ME1 7293168v.1

## CERTIFICATE OF SERVICE

      I, Andrew S. Dupre, hereby certify that on April 15, 2008, I caused a copy of the foregoing **Motion to Dismiss Plaintiff's First Amended Complaint or, alternately, Motion for Summary Judgment** to be served upon all counsel of record via CM/ECF Filing.

                                            McCARTER & ENGLISH LLP

                                            /s/ Andrew S. Dupre
                                            Andrew S. Dupre (DE Bar Id. No. 4621)