# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MORRIS USA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 08-028-SLR |
| | ) |
| TABOCA AS and | ) |
| NORDIC AMERICAN SMOKELESS INC. | ) |
| f/k/a TABOCA USA INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT NORDIC AMERICAN SMOKELESS INC. TO FILE A REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT**

COME NOW Plaintiff Philip Morris USA, Inc. ("Philip Morris") and Defendant Nordic American Smokeless Inc. ("Nordic") jointly requesting the Court to issue an Order extending the time for Nordic to file a reply brief in support of its motion to dismiss or, alternatively, motion for summary judgment [D.I. 6], based on the following:

WHEREAS, counsel for Nordic has requested until May 14, 2008 to file a reply brief;

WHEREAS, Philip Morris' counsel has agreed to that request;

NOW THEREFORE, the Parties respectfully jointly request the Court enter an Order extending the time for Nordic to file a reply brief until May 14, 2008.

ME1 7347765v.1

| ASHBY & GEDDES, P.A. | McCARTER & ENGLISH, LLP |
|---|---|
| __/s/ Steven J. Balick_____ | __/s/ Andrew S. Dupre_____ |
| Steven J. Balick (# 2114) | David A. White (# 2644) |
| sbalick@ashby-geddes.com | dwhite@mccarter.com |
| John G. Day (# 2403) | Andrew S. Dupre (# 4621) |
| jday@ashby-geddes.com | adupre@mccarter.com |
| Tiffany Geyer Lydon (# 3950) | Theodore W. Annos (# 4823) |
| tlydon@ashby-geddes.com | tannos@mccarter.com |
| 500 Delaware Avenue, 8th Floor | Renaissance Centre |
| Wilmington, DE  19899 | 405 N. King Street, 8th Floor |
| (302) 654-1888 | Wilmington, DE  19801 |
| | (302) 984-6300 |
| Attorneys for Philip Morris USA Inc. | Attorneys for Nordic American Smokeless Inc. |

DATE: May 9, 2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MORRIS USA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 08-028-SLR |
| | ) |
| TABOCA AS and | ) |
| NORDIC AMERICAN SMOKELESS INC. | ) |
| f/k/a TABOCA USA INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

IT IS HEREBY ORDERED this __ day of _____ 2008, for good cause shown, that Defendant Nordic American Smokeless Inc. shall have until May 14, 2008 to file a reply brief in support of its motion to dismiss or, alternatively, motion for summary judgment.

_____
United States District Judge

ME1 7347765v.1