IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MORRIS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Case No.: 08-028 SLR |
| v. ) | |
| ) | |
| TABOCA AS and, NORDIC ) | |
| AMERICAN SMOKELESS, INC., f/k/a ) | |
| TABOCA USA, INC., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| ) | |

**DEFENDANT NORDIC AMERICAN SMOKELESS, INC.'S
REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT OR, ALTERNATIVELY,
<u>MOTION FOR SUMMARY JUDGMENT</u>**

COME NOW Defendant Nordic American Smokeless, Inc. ("Defendant"), to respectfully request oral argument pursuant to D. Del. LR 7.1.4 on its motion for dismissal of the above captioned matter or, in the alternative, entry of judgment on behalf of Defendant as a matter of law.

McCARTER & ENGLISH, LLP

/s/ Andrew S. Dupre
David A. White (DE Bar Id. #2644)
Andrew S. Dupre (DE Bar Id. #4621)
Theodore W. Annos (DE Bar ID. #4823)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
*Attorneys for Defendant Nordic American
 Smokeless, Inc.*

Dated: May 15, 2008

2

ME1 7316268v.1

## CERTIFICATE OF SERVICE

I, Andrew S. Dupre, hereby certify that on May 15, 2008, I caused a copy of the foregoing **Request for Oral Argument on Motion to Dismiss Plaintiff's First Amended Complaint or, alternately, Motion for Summary Judgment** was served by First Class Mail upon the following counsel of record:

Steven J. Balick, Esq.
Tiffany Geyer Lydon, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Christopher P. Foley, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

/s/ Andrew S. Dupre
Andrew S. Dupre (DE Bar Id. No. 4621)

ME1 7316268v.1