# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 16, 2008

The Honorable Sue L. Robinson         <u>VIA ELECTRONIC FILING</u>
United States District Court
844 King Street
Wilmington, DE 19801

       Re: *Philip Morris USA, Inc. v. Taboca AS, et al.*
            <u>C.A. No. 08-028-SLR</u>

Dear Judge Robinson:

     We represent plaintiff, Philip Morris USA, Inc. ("PM USA), in the above matter. Defendant Nordic American Smokeless, Inc. has requested oral argument on its motion to dismiss. As the motion has been thoroughly briefed, PM USA respectfully submits that oral argument is not necessary and a decision on the papers is appropriate. Of course, PM USA would be pleased to present argument on the pending motion if Your Honor would find oral presentations helpful.

                                                 Respectfully,

                                                 */s/ Tiffany Geyer Lydon*

                                                 Tiffany Geyer Lydon

c:      David A. White, Esquire (via electronic mail)
        Christopher P. Foley, Esquire (via electronic mail)
        Roberta L. Horton, Esquire (via electronic mail)

{00217349;v1}