# UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MORRIS USA INC.<br>    PLAINTIFF/PETITIONER<br>VS.<br><br>TABOCA AS and<br>NORDIC AMERICAN SMOKELESS INC., f/k/a<br>TABOCA USA INC.<br>    DEFENDANT/RESPONDENT | CAUSE #:  08-028-SLR<br><br><br>CERTIFICATE OF SERVICE |

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 4973405

**ORIGINAL**
**PROOF OF SERVICE**

ASHBY & GEDDES
PO BOX 1150
WILMINGTON, DE 19899
302 654 1888
Page 1 of 1
OR_WGENEVA

# CERTIFICATE

08-061327
14/4-08

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*
   the (date) _15.05.2008_
   at (place, street, number) _Bygdøy Allé 17, 0262 Oslo_

   in one of the following methods authorized by article 5:

   ☒ (a) in accordance with the provisions of sub-paragraph (a)
   of the first paragraph of article 5 of the Convention.*

   ☐ (b) in accordance with the following particular method:*
   _____
   _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

   The documents referred to in the request have been delivered to:
   (identity and description of person) _Tom Erik Ruud_

   relationship to the addressee family, business, or other _Part Owner_

2) that the document has not been served, by reason of the following facts:*
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____
_____
_____

Done at _Oslo District Court_ the _19.05.2008_

Signature and/or stamp

In appropriate cases, documents establishing the service:

_For Chief Justice of Oslo District Court Geir Engebretsen_
_Alege Alarhin_

_____
_____
_____

TRACKING #: 4973405


USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate