IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MORRIS USA, INC., )<br>)<br>Plaintiff, )<br>)<br>) Civil Action Case No.:  08-028 SLR<br>v. )<br>)<br>TABOCA AS and, NORDIC )<br>AMERICAN SMOKELESS, INC., f/k/a )<br>TABOCA USA, INC., )<br>)<br>Defendant, )<br>)<br>) | |

**DEFENDANT TABOCA AS'
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
<u>OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT</u>**

COME NOW Defendant Taboca AS ("Defendant"), to respectfully request dismissal of the above captioned matter or, in the alternative, entry of judgment on behalf of Defendant as a matter of law.

1.    Defendant hereby incorporates the Memorandum of Law in Support of this motion filed concurrently herewith.

WHEREFORE, Defendant respectfully requests that the Court dismiss the above captioned matter or, in the alternative, enter judgment on behalf of Defendant as a matter of law.

McCARTER & ENGLISH, LLP

/s/ Andrew S. Dupre
David A. White (DE Bar Id. #2644)
Andrew S. Dupre (DE Bar Id. #4621)
Theodore W. Annos (DE Bar ID. #4823)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
*Attorneys for Defendant Taboca AS*

Dated:  June 4, 2008

2

ME1 7428233v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PHILIP MORRIS USA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action Case No.: 08-028 SLR |
| v. | ) | |
| | ) | |
| TABOCA AS and, NORDIC | ) | |
| AMERICAN SMOKELESS, INC., f/k/a | ) | |
| TABOCA USA, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING MOTION TO DISMISS

AND NOW, this ___ day of _____ 2008; upon consideration of Defendant Taboca AS' Motion to Dismiss Plaintiff's First Amended Complaint or, alternatively, Motion for Summary Judgment;

IT IS HEREBY ORDERED that the above-captioned case is dismissed.

_____
J.

ME1 7428233v.1

# CERTIFICATE OF SERVICE

I, Andrew S. Dupre, hereby certify that on June 4, 2008, I caused a copy of the foregoing **Motion to Dismiss Plaintiff's First Amended Complaint or, alternately, Motion for Summary Judgment** to be served upon all counsel of record via CM/ECF electronic noticing.

McCARTER & ENGLISH LLP

/s/ Andrew S. Dupre
Andrew S. Dupre (DE Bar Id. No. 4621)

ME1 7428233v.1