IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MORRIS USA INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TABOCA AS and NORDIC AMERICAN ) <br> SMOKELESS INC. f/k/a TABOCA USA INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-028-SLR |

## STIPULATION AND ORDER

Plaintiff Philip Morris USA Inc. ("PM USA") and Defendant Taboca AS hereby stipulate, subject to the approval and order of the Court, to an extension of two days (until June 25, 2008) for PM USA to file its answering memorandum in opposition to Taboca AS' Motion to Dismiss (D.I. 15).

| ASHBY & GEDDES | McCARTER & ENGLISH, LLP |
|---|---|
| /s/ *John G. Day* | /s/ *Andrew S. Dupre* |
| Steven J. Balick (# 2114) | David A. White (# 2644) |
| John G. Day (# 2403) | Andrew S. Dupre (# 4621) |
| Tiffany Geyer Lydon (# 3950) | Theodore W. Annos (# 4823) |
| 500 Delaware Avenue, 8th Floor | Renaissance Centre |
| Wilmington, DE 19899 | 405 N. King Street, 8th Floor |
| (302) 654-1888 | Wilmington, DE 19801 |
| sbalick@ashby-geddes.com | (302) 984-6300 |
| jday@ashby-geddes.com | dwhite@mccarter.com |
| tlydon@ashby-geddes.com | adupre@mccarter.com |
| | tannos@mccarter.com |
| *Attorneys for Philip Morris USA Inc.* | *Attorneys for Nordic American Smokeless Inc.* |

Dated: June 23, 2008

**SO ORDERED** this ___ day of June, 2008.

_____
United States District Judge

{00225285;v1}