IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MORRIS USA INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08-028-SLR |
| ) | |
| v. ) | |
| ) | |
| TABOCA AS and NORDIC AMERICAN ) | |
| SMOKELESS INC. f/k/a TABOCA USA INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION AND ORDER

Plaintiff Philip Morris USA Inc. ("PM USA") and Defendant Taboca AS hereby stipulate, subject to the approval and order of the Court, to a further extension until Monday, July 7, 2008 for PM USA to file its answering memorandum in opposition to Taboca AS' Motion to Dismiss (D.I. 15).

| ASHBY & GEDDES | McCARTER & ENGLISH, LLP |
|---|---|
| /s/ Tiffany Geyer Lydon | /s/ Theodore W. Annos |
| Steven J. Balick (# 2114) | David A. White (# 2644) |
| John G. Day (# 2403) | Andrew S. Dupre (# 4621) |
| Tiffany Geyer Lydon (# 3950) | Theodore W. Annos (# 4823) |
| 500 Delaware Avenue, 8th Floor | Renaissance Centre |
| Wilmington, DE 19801 | 405 N. King Street, 8th Floor |
| (302) 654-1888 | Wilmington, DE 19801 |
| sbalick@ashby-geddes.com | (302) 984-6300 |
| jday@ashby-geddes.com | dwhite@mccarter.com |
| tlydon@ashby-geddes.com | adupre@mccarter.com |
| | tannos@mccarter.com |
| *Attorneys for Philip Morris USA Inc.* | *Attorneys for Taboca AS and Nordic American Smokeless Inc.* |

Dated: June 25, 2008

**SO ORDERED** this ___ day of June, 2008.

_____
United States District Judge

{00225694;v1}