IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MORRIS USA INC., | ) |
| Plaintiff, | ) ) C.A. No. 08-028-SLR |
| v. | ) ) |
| TABOCA AS and NORDIC AMERICAN SMOKELESS INC. f/k/a TABOCA USA INC., | ) ) ) |
| Defendants. | ) ) |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which plaintiff must file its answering papers in opposition to Taboca AS' motion to dismiss (D.I. 15) is further extended through and including August 18, 2008.

| ASHBY & GEDDES | McCARTER & ENGLISH, LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Andrew S. Dupre* |
| Steven J. Balick (# 2114) | David A. White (# 2644) |
| John G. Day (# 2403) | Andrew S. Dupre (# 4621) |
| Tiffany Geyer Lydon (# 3950) | Theodore W. Annos (# 4823) |
| 500 Delaware Avenue, 8th Floor | Renaissance Centre |
| Wilmington, DE 19801 | 405 N. King Street, 8th Floor |
| (302) 654-1888 | Wilmington, DE 19801 |
| sbalick@ashby-geddes.com | (302) 984-6300 |
| jday@ashby-geddes.com | dwhite@mccarter.com |
| tlydon@ashby-geddes.com | adupre@mccarter.com |
| *Attorneys for Plaintiff* | tannos@mccarter.com |
| | *Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2008.

_____
United States District Judge

{00232190;v1}