IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIP MORRIS USA INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TABOCA AS and NORDIC AMERICAN ) <br> SMOKELESS INC. f/k/a TABOCA USA INC., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 08-028-SLR |

**<u>STIPULATED ORDER</u>**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the date by which plaintiff must file its answering papers in opposition to Taboca AS' motion to dismiss (D.I. 15) is further extended through and including September 8, 2008.

| ASHBY & GEDDES | McCARTER & ENGLISH, LLP |
|---|---|
| */s/ Tiffany Geyer Lydon* | */s/ Andrew S. Dupre* |
| Steven J. Balick (# 2114) <br> John G. Day (# 2403) <br> Tiffany Geyer Lydon (# 3950) <br> 500 Delaware Avenue, 8th Floor <br> Wilmington, DE 19801 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> tlydon@ashby-geddes.com <br> *Attorneys for Plaintiff* | David A. White (# 2644) <br> Andrew S. Dupre (# 4621) <br> Theodore W. Annos (# 4823) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6300 <br> dwhite@mccarter.com <br> adupre@mccarter.com <br> tannos@mccarter.com <br> *Attorneys for Defendants* |

SO ORDERED, this _____ day of _____, 2008.

_____
United States District Judge

{00234842;v1}